UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                        Case No. 2:19-cr-30-FtM-38NPM

EDGAR VAZQUEZ
_____/

### PRELIMINARY ORDER OF FORFEITURE

Before the Court, pursuant to 21 U.S.C § 853 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, is the United States' motion for a Preliminary Order of Forfeiture of assets seized from Defendant Edgar Vazquez in relation to the above-styled case.   The Defendant has not responded and the time-period to do so has expired.   In their motion, the Government seeks a preliminary order of forfeiture for a **Colt Classic Government, .45 caliber pistol, serial number CCS0178951**, and **approximately 16 rounds of assorted .45 caliber ammunition**.   (Doc. 138).

On September 15, 2020, following a two-day trial, a jury found Edgar Vazquez guilty of possession with intent to distribute a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), as charged in Count Two of the Superseding Indictment.   (Doc. 136).

The United States has established the required connection between the crime of conviction and the assets.   Because the United States is entitled to forfeit the property, the motion is **GRANTED**.   Pursuant to 21 U.S.C § 853 and Rule

32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets are **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n).

This order shall become a final order of forfeiture as to the Defendant at the time of sentencing. The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the Government.

**DONE** and **ORDERED** in Fort Myers, Florida, on October 5, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record

2