UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:19-cr-30-FtM-38NPM

EDGAR VAZQUEZ
_____/

**FINAL ORDER OF FORFEITURE**

Before the Court, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, is the United States' Motion for a Final Order of Forfeiture for **a Colt Classic Government**, **.45 caliber pistol, serial number CCS0178951**, and **approximately 16 rounds of assorted .45 caliber ammunition** (Doc. 170), which assets were subject to an October 5, 2020 preliminary order of forfeiture (Doc. 141).

In accordance with the provisions of 21 U.S.C. § 853(n), the United States published the notice of the forfeiture, and of the intent to dispose of the assets on the official government website, www.forfeiture.gov, beginning on October 6, 2020 and continuing through November 4, 2020. (Doc. 142). The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Courthouse and Federal Building, 2110 First Street, Fort Myers, Florida 33901, and a copy served upon Assistant United States Attorney James Muench, 2110 First Street, Fort

Myers, Florida 33901, a petition to adjudicate their interest within sixty-days of the first date of publication. No one has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

Accordingly, it is hereby

**ORDERED** that for good cause shown, the United States' Motion for a Final Order of Forfeiture (Doc. 170) is **GRANTED**. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the assets are **CONDEMNED** and **FORFEITED** to the United States for disposition according to law.

Clear title to the assets now vests in the United States of America.

**DONE AND ORDERED** in Fort Myers, Florida, on June 8, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Cc: All Parties of Record