UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

v.                                                                  Case No.:    2:19-cr-30-SPC-NPM

EDGAR VAZQUEZ
                                                        /

## ORDER

Before the Court is Defendant Edgar Vazquez's pro se Motion to Reduce Sentence Under 18 U.S.C. 3582 And the Sentencing Commission's Amendments to the Sentencing Guidelines. (Doc. 208). The Government responded in opposition. (Doc. 210).

On May 26, 2021, this Court sentenced Defendant to 136-months' imprisonment following a jury trial in which he was found guilty of Count Two of the Superseding Indictment. (Doc. 168). Now, Defendant asks the Court to reduce his sentence by 39 months, citing an amendment to the United States Sentencing Guidelines that became effective on November 1, 2024. (Doc. 208 at 2). Specifically, Defendant references U.S.S.G. Amendment 826, which added a subsection to U.S.S.G. § 1B1.3 concerning acquitted conduct.

Defendant is not entitled to the requested relief because Amendment 826 was not made retroactive by the United States Sentencing Commission. *See* U.S.S.G. § 1B1.10 (REDUCTION IN TERM OF IMPRISONMENT AS A

RESULT OF AMENDED GUIDELINE RANGE (POLICY STATEMENT)). Without retroactive effect, Amendment 826 cannot be used to modify a previously imposed term of imprisonment because such a reduction is not consistent with "applicable policy statements issued by the Sentencing Commission." 18 U.S.C. § 3582(c)(2).

Accordingly, it is

**ORDERED**:

Defendant Edgar Vazquez's pro se Motion to Reduce Sentence Under 18 U.S.C. 3582 And the Sentencing Commission's Amendments to the Sentencing Guidelines (Doc. 208) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on March 27, 2025.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record