UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 2:19-cr-30-SPC-NPM

EDGAR VAZQUEZ
_____/

## ORDER

Before the Court are Defendant Edgar Vazquez's *pro se* Motion for Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Doc. 202), the United States Probation Office's Memorandum (Doc. 205), and a Notice That the Federal Defender's Office Has Satisfied the Requirements Imposed by the Amendment 821 Omnibus Order (Doc. 213).

Defendant is serving a 136-month sentence for a drug-related offense. In his motion, Defendant argues that the Court should reduce his sentence because he is a zero-point offender. (Doc. 202 at 1).

Part B of Amendment 821 allows for relief for zero-point offenders by providing for "a decrease of two levels from the offense level . . . for offenders who did not receive any criminal history points . . . and whose instant offense did not involve specified aggravating factors." Amendment 821, Part B.

The Court sentenced Defendant on May 26, 2021. (Doc. 168). Probation explains that neither Part A nor Part B, subpart 1, of Amendment 821 applies

to Defendant because he was assessed one or more criminal history points and was not assessed status points. U.S.S.G. § 1B1.10(a)(2)(A).

The Federal Defender agrees with Probation's assessment. (Doc. 213 at 2). So the Federal Defender cannot argue in good faith that Defendant is eligible for a sentence reduction and states that he will not file a motion for sentence reduction under Amendment 821 on Defendant's behalf. The Federal Defender states that he will notify Defendant of his position and move to terminate his representation of Defendant.

Having reviewed the record in this case, the Court agrees with Probation and the Federal Defender. Because Defendant was assessed one or more criminal history points and was not assessed status points, he is ineligible for a reduction under Amendment 821. Because Amendment 821 does not apply to Defendant, the Court need not evaluate the 18 U.S.C. § 3553(a) factors.

Accordingly, it is **ORDERED**:

Defendant Vazquez's Motion for Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Doc. 202) is **DENIED**.

**DONE and ORDERED** in Fort Myers, Florida on April 16, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All parties of record

2